IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30344
Conference Calendar

_____

JOHN W. DOWDELL,

                                        Plaintiff-Appellant,

versus

WACKENHUT, Allen Correctional Center;
MEDICAL STAFF, ALLEN CORRECTIONAL CENTER,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CV-500
- - - - - - - - - -

April 19, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

    John D. Dowdell, a Louisiana prisoner (# 93062), appeals the

district court's dismissal of his 42 U.S.C. § 1983 civil rights

action as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Because Dowdell does not now raise any arguments concerning the

basis of the district court's dismissal of his complaint--that

Dowdell failed to identify individual "persons" who allegedly

violated his constitutional rights--he has abandoned the only

issue before this court.  See Brinkmann v. Dallas County Deputy

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987). Dowdell's appeal is without arguable merit and is thus frivolous. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983). Dowdell's appeal is thus DISMISSED. 5TH CIR. R. 42.2.

APPEAL DISMISSED.